SYLVESTER TRIMMER, RESPONDENT, *v.* ZACHARIAH TRIMMER, APPELLANT.

Judgment affirmed.

JAMES W. COMBS AND ANOTHER, RESPONDENTS, *v.* MARY I. COMBS, APPELLANT.

Judgment affirmed. *Held,* that as the points that the action was prematurely brought, and that it does not appear by the return that the justice waited one hour for the defendant to appear, were not specified in the notice of appeal, they are unavailing and the other objections taken are untenable.

APPOLLONIA C. SORG, AS ADMINISTRATRIX., ETC., APPELLANT, *v.* CHRISTINA KELSCH, AS TREASURER, ETC., RESPONDENT.

Judgment of County Court reversed and that of the justice affirmed. *Held,* that the action was properly brought under chapter 258 of Laws of 1849, as amended by subsequent statutes; also, that the justice having decided upon conflicting evidence that the dues of the plaintiff's intestate were paid, his determination is conclusive.